UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MORDECHAI KAPLINSKY,

        Plaintiff,

-against-

ROBERT WOOD JOHNSON HOSPITAL,

        Defendants.

-------------------------------------------------------------------X

Civil Action No.:

**COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT**

Plaintiffs, MORDECHAI KAPLINSKY ("Plaintiff"), on behalf of himself, by and through his attorneys, Edward B. Geller, Esq., P.C., as and for its Complaint against the Defendant, ROBERT WOOD JOHNSON HOSPITAL (hereinafter referred to as "Defendant(s)"), respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1. Plaintiffs bring this action on his own behalf for damages and declaratory and injunctive relief arising from the Defendant's violation(s) under Title 47 of the United States Code, §227 commonly known as the Telephone Consumer Protection Act (TCPA).

## PARTIES

2. Plaintiff MORDECHAI KAPLINSKY is a resident of the State of New Jersey, residing at 1171 Evergreen Ave, Lakewood, New Jersey 08701.

3. Defendant ROBERT WOOD JOHNSON HOSPITAL is a New Jersey corporation with an address located at One Robert Wood Johnson Place, New Brunswick, New Jersey 08901.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over this matter pursuant to 28 USC §1331, as well as 15 USC §1692 *et seq.* and 28 U.S.C. §2201. If applicable, the Court also has pendent jurisdiction over the state law claims in this action pursuant to 28 U.S.C. §1367(a).

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

6. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "5" herein with the same force and effect as if the same were set forth at length herein.

7. On approximately December 2014, Defendant began communicating with Plaintiff by means of telephone calls leaving inexplicable prerecorded computerized messages originating from 732 828 3000 and placed by an auto dialer to Plaintiffs' mobile telephone number of 732 887 1555. Attached hereto as Exhibit "A" are two screen shots exemplary of Defendant's calls to Plaintiff's telephone.

8. The Plaintiff has never had a relationship with Defendant in any form either as a patient or as an employee.

9. On September 17th, 2015 at 4.35 pm, Plaintiff placed a telephone call to Defendant and was connected to a representative whom Plaintiff informed about receiving automated prerecorded calls which calls were unintelligible to Plaintiff and instructed Defendant to cease said calls.

10. Defendant's representative assured Plaintiff that his number would be placed on a do not call list.

11. Despite such assurance, Defendant thereafter continued to call Plaintiff and leave automated messages until the present time.

12. As of October 31st, 2015 Defendant has placed at least seven hundred (700) calls to Plaintiff. Attached hereto as Exhibit "B" is an Excel spreadsheet listing dates and times of Defendant's calls to Plaintiff, a record of which calls, upon information and belief, are in Defendant's possession.

## FIRST CAUSE OF ACTION
### (Violations of the TCPA)

13. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "12" herein with the same force and effect as if the same were set forth at length herein.

14. According to the Telephone Consumer Protection Act 47 USC §227(b)(A)(iii), any person within the United States or any person outside the United States, if the recipient is within the United States, is prohibited from using any automatic telephone dialing system or an artificial or prerecorded voice to any telephone number assigned to a cellular telephone service or any service for which the called party is charged for the call.

15. With the prerecorded automated auto dialer calls to Plaintiff's cell phone commencing on or about December 1st, 2014, the Defendant violated various provisions of the TCPA, including but not limited to 47 USC §227(b)(A)(iii).

16. The Defendant, having been informed that Plaintiffs requested that no further calls be made, willfully continued to harass Plaintiff, violating the TCPA at least seven hundred (700) times to date, which calls are ongoing.

17. As a result of Defendant's violations of the TCPA, Plaintiff has been damaged and is entitled to damages in accordance with the TCPA.

## DEMAND FOR TRIAL BY JURY

18. Plaintiff hereby respectfully requests a trial by jury for all claims and issues in its Complaint to which it is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendant as follows:

A. For actual damages provided and pursuant to 15 USC §1692k(a)(1);

B. For trebled damages to be awarded to the Plaintiff in accordance with the TCPA, for each of the Defendant's willful or knowing violations of the TCPA.

C. For statutory damages provided and pursuant to 15 USC §1692k(2)(B);

D. For attorneys' fees and costs provided and pursuant to 15 USC §1692k(a)(3);

E. A declaration that the Defendant's practices violated the TCPA;

F. For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated:	November 2, 2015

                                      Respectfully submitted,

                                      */s/ Edward B. Geller*

                                      EDWARD B. GELLER, ESQ. (EG9763)
                                      EDWARD B. GELLER, ESQ., P.C.

                                      *Attorney for the Plaintiff* MORDECHAI KAPLINSKY

To:	Robert Wood Johnson Hospital
	RWJ University Hospital New Brunswick
	One Robert Wood Johnson Place
	New Brunswick, New Jersey 08901

	*(Via Prescribed Service)*

	Clerk of the Court,
	United States District Court, District of New Jersey
	Clarkson S. Fisher Building & U.S. Courthouse
	402 East State Street Room 2020
	Trenton, New Jersey 08608

	*(Via Electronic Court Filing)*

EXHIBIT "A"

**NUMBER BEING CALLED**

732-887-1555        from the voice

EXHIBIT "B"

| DATE | TIME | RWJ NUMBERS | |
|---|---|---|---|
| 5-Aug | | 157 | **732-828-3000** |
| 5-Aug | | 257 | 888-667-4911 |
| 6-Aug | | 1220 | 732-418-8041 |
| 6-Aug | | 251 | He got this number dec 2014 |
| 6-Aug | | 512 | Has been getting calls since |
| 7-Aug | | 453 | |
| 8-Aug | | 908 | |
| 10-Aug | | 208 | |
| 10-Aug | | 244 | |
| 10-Aug | | 318 | |
| 10-Aug | | 540 | |
| 11-Aug | | 157 | |
| 11-Aug | | 259 | |
| 12-Aug | | 1157 | |
| 12-Aug | | 412 | |
| 13-Aug | | 1119 | |
| 13-Aug | | 329 | |
| 14-Aug | | 209 | |
| 14-Aug | | 423 | |
| 15-Aug | | 414 | |
| 15-Aug | | 545 | |
| 15-Aug | | 839 | |
| 16-Aug | 916PM | | |
| 16-Aug | 1054PM | | |
| 17-Aug | 644AM | | |
| 17-Aug | | 325 | |
| 17-Aug | | 517 | |
| 18-Aug | | 1150 | |
| 18-Aug | | 1211 | |
| 18-Aug | | 527 | |
| 18-Aug | | 644 | |
| 19-Aug | | 918 | |
| 19-Aug | | 119 | |
| 23-Aug | | 137 | |
| 24-Aug | | 608 | |
| 24-Aug | | 1204 | |
| 24-Aug | | 505 | |
| 24-Aug | | 518 | |
| 24-Aug | | 730 | |
| 25-Aug | 124am | | |
| 25-Aug | | 322 | |
| 25-Aug | | 322 | |
| 25-Aug | | 521 | |
| 25-Aug | | 522 | |
| 26-Aug | | 144 | |
| 26-Aug | | 432 | |

| Date | Time | Number |
|---|---|---|
| 26-Aug | | 833 |
| 27-Aug | 357am | |
| 27-Aug | | 221 |
| 28-Aug | | 1207 |
| 28-Aug | | 533 |
| 29-Aug | | 906 |
| 29-Aug | | 1026 |
| 29-Aug | | 306 |
| 29-Aug | | 516 |
| 29-Aug | | 944 |
| 29-Aug | | 1010 |
| 30-Aug | | 412 |
| 30-Aug | | 823 |
| 31-Aug | | 239 |
| 31-Aug | | 718 |
| 31-Aug | | 756 |
| 1-Sep | 347am | |
| 1-Sep | | 102 |
| 1-Sep | | 533 |
| 2-Sep | 541am | |
| 2-Sep | 1017pm | |
| 2-Sep | 122pm | |
| 2-Sep | | 113 |
| 3-Sep | | 122 |
| 4-Sep | 406am | |
| 4-Sep | | 414 |
| 5-Sep | 1104pm | |
| 7-Sep | 923am | |
| 7-Sep | | 1027 |
| 7-Sep | | 601 |
| 7-Sep | | 819 |
| 8-Sep | | 356 |
| 8-Sep | 741pm | |
| 9-Sep | 611am | |
| 9-Sep | 916am | |
| 9-Sep | | 1121 |
| 9-Sep | | 245 |
| 9-Sep | 904pm | |
| 10-Sep | | 1055 |
| 10-Sep | | 1204 |
| 11-Sep | | 108 |
| 12-Sep | | 803 |
| 12-Sep | | 237 |
| 13-Sep | | 844 |
| 13-Sep | 928pm | |
| 14-Sep | | 709 |
| 15-Sep | | 455 |

| Date | Time | Notes |
|---|---|---|
| 16-Sep | 623am | |
| 16-Sep | 921pm | |
| 17-Sep | 1113 | |
| 17-Sep | 1219 | |
| 17-Sep | 326 | |
| 17-Sep | 401 | 9-17 we called at 435pm stop calli |
| 17-Sep | 859 | |
| 18-Sep | 1137 | |
| 18-Sep | 518 | |
| 18-Sep | 939 | |
| 19-Sep | 927 | |
| 19-Sep | 1034 | |
| 21-Sep | 642am | |
| 22-Sep | 243 | |
| 22-Sep | 721 | |
| 23-Sep | 637 | |
| 23-Sep | 949pm | |
| 24-Sep | 414am | |
| 24-Sep | 814 | |
| 24-Sep | 234 | |
| 26-Sep | 420am | |
| 26-Sep | 812 | |
| 27-Sep | 1057 | |
| 27-Sep | 720 | |
| 28-Sep | 411am | |
| 28-Sep | 706 | |
| 29-Sep | 530am | |
| 30-Sep | 449am | |
| 30-Sep | 240 | |
| 1-Oct | 248 | |
| 1-Oct | 639 | |
| 2-Oct | 844 | |
| 3-Oct | 329pm | |
| 3-Oct | 654pm | |
| 4-Oct | 1031 | |
| 4-Oct | 1047 | |
| 4-Oct | 1106pm | |
| 5-Oct | 543 | |
| 5-Oct | 759 | |
| 6-Oct | 412 | |
| 6-Oct | 952 | |
| 7-Oct | 1004 | |
| 7-Oct | 217 | |
| 8-Oct | 119 | |
| 8-Oct | 302 | |
| 8-Oct | 407 | |
| 9-Oct | 144 | |

| Date | Time | Number |
|---|---|---|
| 9-Oct | 948pm | |
| 10-Oct | 101pm | |
| 10-Oct | | 438 |
| 11-Oct | 509am | |
| 11-Oct | 709am | |
| 11-Oct | | 124 |
| 11-Oct | | 427 |
| 12-Oct | | 1229 |
| 12-Oct | | 216 |
| 12-Oct | 1011pm | |
| 13-Oct | 407am | |
| 13-Oct | | 1216 |
| 13-Oct | | 230 |
| 13-Oct | | 358 |
| 14-Oct | | 1028 |
| 15-Oct | 446am | |
| 15-Oct | | 735 |
| 16-Oct | | 951 |
| 16-Oct | | 433 |
| 16-Oct | | 555 |
| 17-Oct | | 910 |
| 17-Oct | | 700 |
| 18-Oct | | 1218 |
| 18-Oct | | 108 |
| 19-Oct | | 1231 |
| 19-Oct | | 310 |
| 20-Oct | | 927 |
| 20-Oct | | 1146 |
| 20-Oct | | 457 |
| 21-Oct | 713am | |
| 21-Oct | | 1156 |
| 21-Oct | | 424 |
| 22-Oct | | 239 |
| 22-Oct | | 510 |
| 22-Oct | | 529 |
| 22-Oct | | 841 |
| 23-Oct | | 927 |
| 24-Oct | | 1124 |
| 24-Oct | | 1148 |
| 24-Oct | | 1208 |
| 24-Oct | | 911 |
| 25-Oct | 452am | |
| 26-Oct | 541am | |
| 26-Oct | | 415 |
| 26-Oct | | 659 |
| 26-Oct | 1131pm | |
| 27-Oct | | 143 |

| | |
|---|---|
| 28-Oct | 207 |
| 28-Oct | 428 |
| 28-Oct 946pm | |
| 29-Oct | 847 |